**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Nicholas Dodge Bruesch, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Todd Flanagan, Sean Conway, and | ) | |
| Brandon Gumke, | ) | Case No. 1:12-cv-083 |
| | ) | |
| Defendants. | ) | |

On October 2, 2013, defendants filed a "Motion to Postpone Trial." On October 31, 2013, plaintiff filed a "Motion for Extention (sic) of Time Extend Time for Pretrial Conference." The court **GRANTS** defendants' motion (Docket No. 100). The final pretrial conference and trial scheduled for November 15, 2013, and December 3, 2013, respectively, are cancelled with the understanding that they will be rescheduled as necessary at a date and time to be determined. Plaintiff's motion (Docket No. 107) is **MOOT**.

**IT IS SO ORDERED.**

Dated this 5th day of November, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court