**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Nicholas Bruesch, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| Todd Flanagan, et. al., | ) | Case No. 1:12-cv-083 |
| | ) | |
| Defendants. | ) | |

Before the court is the plaintiff's sixth motion requesting court-appointed counsel. Also before the court is plaintiff's "Request for Rescheduled Trial - Postponement Plans."

First, with the respect plaintiff's request for court-appointed counsel, there have been no material change of circumstances since the court denied plaintiff's previous motions. Consequently, for the reasons outlined by the court its orders disposing of plaintiff's five previous motions for court-appointed counsel, the instant motion (Docket no. 115) is **DENIED** without prejudice.

As for plaintiff's request to postpone trial (Docket No. 114), the court deems it **MOOT**. On November 5, 2013, the court issued an order granting plaintiff's request to postpone the final pretrial conference and trial in this matter. The court shall reschedule the final pretrial conference and trial as necessary once it has addressed defendants' pending Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated this 10th day of January, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court