# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Nicholas Dodge Bruesch, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE SECOND MOTION** |
| | ) | **FOR DISCOVERY** |
| vs. | ) | |
| | ) | |
| Todd Flanagan, Sean Conway, Brandon Gumke, Jean Sullivan, and Nathan Erickson, | ) ) ) | Case No. 1:12-cv-083 |
| | ) | |
| Defendants. | ) | |

Before the court is Bruesch's Motion to Compel Discovery dated October 8, 2013, at Doc. No. 104. This motion seeks to compel the same discovery that was at issue in Bruesch's prior motion to compel and that was resolved by the court's order dated March 11, 2014, at Doc. No. 118. Hence, Bruesch's Motion to Compel Discovery (Doc. No. 104) is **DENIED** for the reasons set forth in the court's order at Doc. No. 118.

**IT IS SO ORDERED.**

Dated this 17th day of March, 2014.

>  */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court