# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Nicholas Dodge Bruesch, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Todd Flanagan, Sean Conway, and | ) | |
| Brandon Gumke, | ) | Case No. 1:12-cv-083 |
| | ) | |
| Defendants. | ) | |

On March 17, 2014, plaintiff filed what the court construes as motion for reconsideration of its March 11, 2014, order denying his "Request to Order Defendants to Produce Discovery."

The court finds no basis for reversing its previous decision plaintiff's motion to compel discovery. Consequently, plaintiff's motion for reconsideration (Docket No. 121) is **DENIED**.

**IT IS SO ORDERED.**

Dated this 24th day of March, 2014.

                                                      */s/ Charles S. Miller, Jr.*
                                                      Charles S. Miller, Jr., Magistrate Judge
                                                      United States District Court